UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOMINGUITO ESPINAL,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civ. No. 06-899 (GEB)

ORDER

RECEIVED
JUN 13 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**BROWN, Chief Judge**

This matter having come before the Court upon the *pro se* petition by Dominguito Espinal ("Petitioner") to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and the Court having considered the parties' submissions without oral argument pursuant to Federal Rule of Civil Procedure 78; and this petition being time barred by 28 U.S.C. § 2255(f)(1); and this late petition failing to be cured by 28 U.S.C. §§ 2255(f)(2)-(4);

IT IS THIS 12 day of June, 2008;

    ORDERED that Petitioner's petition is DENIED.

                              GARRETT E. BROWN, JR., U.S.D.J.